DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TREYMONE GOLDWIRE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1329

[December 13, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2006-CF-007956-BXXX-MB.

Treymone Goldwire, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed*

TAYLOR, LEVINE and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***